NUMBER 13-09-00014-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JAVIER PEREZ, ET AL., APPELLANTS,


v.



ROBERTO RAMOS, APPELLEE. 

_____________________________________________________________


On Appeal from the 398th District Court 


of Hidalgo County, Texas.


______________________________________________________________


 

MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellants perfected an appeal from a judgment entered by the 398th District Court
of Hidalgo County, Texas, in cause number C-1823-07-I. Appellants have filed an
unopposed motion to dismiss the appeal on grounds that the appeal is moot. Appellants
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at
appellants' request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 2nd day of April, 2009.